FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

AUG 1 0 2017

JAMES W. McCORMACK, CLERK
By: _____ RBu _____
DEP CLERK

CASE NO. 2:17-CV-131-BSM-JTR

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Brandon Dunsworth
ADC # 162662

Address: P.O. Box 970, Marianna, AR 72360-0970

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____    This case assigned to District Judge Miller
ADC # _____                 and to Magistrate Judge Ray

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Kenneth L. Holder & James Dycus
Position: Medical Provider, Deputy Warden
Place of employment: E.A.R.U. & (Correct Care Solutions-CCS)
Address: P.O. Box 970, Marianna, AR 72360-0970

Name of defendant: Roderick D. Davis
Position: Health Services Administrator

-4-

Place of employment: E.A.R.U. (Correct Care Solutions-CCS)

Address: P.O. Box 970, Marianna, AR 72360-0970

Name of defendant: Rory L. Griffin

Position: Deputy Director, Health & Correctional Programs

Place of employment: A.D.C., Central Office

Address: P.O. Box 8707, Pine Bluff, AR 71611-8707

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: *A.D.C., East Ark. Regional Unit*

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

\_\_\_\_\_ in jail and still awaiting trial on pending criminal charges

*X* serving a sentence as a result of a judgment of conviction

\_\_\_\_\_ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes *X*    No¹ \_\_\_\_\_

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes <u>X</u>   No ___   *SEE ATTACHED —(*

If not, why? _____

_____

**VII.  Statement of claim**

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*⊢ SEE ATTACHED ⊣*

_____

_____

*⊢ SEE ATTACHED ⊣*

_____

_____

*⊢ SEE ATTACHED ⊣*

_____

_____

_____

STATEMENT OF CLAIM/CASE:

On 8·11·2016 the plaintiff was seriously injured when working on the Inside Maintenance work detail along with fellow inmates. Plaintiff's left leg was injured to where he had to receive medical care. However, it was NOT the medical care that he should have been given and what he was entitled to.

On Wednesday, August 24, 2016, the plaintiff, Brandon Dunsworth, was x-rayed by the order of defendant(s), Dr. Kenneth Holder and was subsequently seen by Dr. Holder, who had stated that the plaintiff had a facture in the small bone of his leg. There was an order of a knee brace and such was still not provided to plaintiff when he had ended up writing an institutional grievance on Wednesday, September 14, 2016, fourteen (14) days after the August 31, 2016 examination and order by the defendant, Holder.

Plaintiff remained in pain and continued

7-a

suffer harm from the leg injury and was delayed even more due to the denial of not having the leg bracing that was ordered within this matter. Further, because the plaintiff continued to suffer serious pain from the delay of not having the knee brace until 33 days from September 14, 2016, which was Friday, October 21, 2016, when it was actually received, the plaintiff's institutional grievance was held to be "with merit, but resolved", by the defendant, Roderick D. Davis, the E.A.R.U., Health Services Administrator (H.S.A.), yet, plaintiff continuously remained in pain and suffered because the "bracing?" that plaintiff received DID NOT help the injury or severe pain that plaintiff still encountered, which provided NO support or healing processes to the injury.

The deliberate indifference of the right brace needed did not occur because of the fact that the plaintiff's needed

7-b

brace was refused and denied by the defendant, James Dycus, the deputy warden and non-medical provider. This in and of itself is a deliberate deprivation regarding the plaintiff's serious medical need and such deprivation should have never overridden a medical order. [FN1]

The defendant, Rory Griffin, who, on or about Tuesday, December 13, 2016, found the plaintiff's grievance "without merit", AFTER the defendant, Davis, said that such had merit... this only tacitly authorized the plaintiff to be deprived of what was really needed when it came to the leg injury, the much needed bracing for

Footnote One:
 This medical need is also a medical restriction that is supposed to be honored by federal law and A.D.C. contractual policy and agreement.

7-C

proper healing and what was really needed to ease the stress and strain upon plaintiff's leg, the injury as well as continuing pain.

Such bracing provided was inadequate, too small and the plaintiff, when explaining such to these medical defendants, was retaliated upon and ridiculed by the defendants, who stated that the plaintiff merely "needed to lose weight" and the bracing - WHICH CONTAINED NO TYPE SUPPORT SINCE Dycus committed his intentional acts of concert and conspiracy to deprive plaintiff of what he really needed -, would work.

Plaintiff continued to be a victim of encountering deliberate indifference to a very serious medical need and making the plaintiff's condition to worsen as well as the possibility to cause bone

7-J

disease, paralysis and handicap. These type deprivations and intentional harm is such which shows a clear constitutional wrong, deserving of judicial review and relief.

Jurisdiction of this matter is invoked under 28 U.S.C. § 1343, as well as 42 U.S.C. §§ 1983 & 1985(c). Plus, plaintiff should be allowed to receive declaratory and injunctive relief pursuant to 28 U.S.C. §§ 2201 & 2202.

Each defendant, acting both individually and collectively, is being sued in an individual and official capacity, under the color of both federal and state law, under the customs, policies, practices and pretenses herein.

Plaintiff reserves the right to present further, including amending his complaint if necessary.

7-e

## VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Monetary damages of $95,000.00 for actual injury, pain & harm.*
*Punitive damages of $775,000.00 for violating clearly established law.*
*Declaratory & Injunctive Relief*
*Criminal Charges under 18 U.S.C. §§ 241 & 242*
*Jury Demand & All Other Equitable Relief*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __6__ day of __04__, 20__17__.

_____
Signature(s) of plaintiff(s)

-8-

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)
Unit/Center: EARU
Name: Brandon Dunsworth
ADC# 162662   Brks # 12-6C   Job Assignment: Inside man

| FOR OFFICE USE ONLY |
|---|
| GRV. # EA-16-01316 |
| Date Received: 10-3-16 |
| GRV. Code #: 600 |

9-14-16 (Date) STEP ONE: Informal Resolution

9-26-16 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: has been petition to since Informal and still not recieve it and suffer damage

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: given no medical attention

Is this Grievance concerning (Medical) or Mental Health Services? ✓   If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) On 8-24-16 I went to X-Ray because of a injury to my leg on 8-31-16 I then was seen by the doctor he said I had a factor in the small bone in my leg and said they will need to order a knee brace to make sure it heal properly. It is now 9-14-16 and I have yet to recieve my brace

_____   9-14-16
Inmate Signature                              Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 9/15/16 (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? yes (Yes or No). If yes, name of the person in that department receiving this form: Infirmary   Date 9/14/16

Sgt L Abell   7416   Sgt [signature]   9/14/16
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: Your script for the hinged knee brace has been forwarded to the person responsible for ordering equipment. I apologize for the delay. It will be issued to you upon receipt. [illegible] 09/16/16

_____   9-16-16
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on 9/27/16 (date), pursuant to Step Two. Is it an Emergency? ___ (Yes or No).
Staff Who Received Step Two Grievance: [signature]   Date: 9/27/16
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT420  
3GH

Attachment IV

INMATE NAME: Dunsworth, Brandon W.  ADC #: 162662A  GRIEVANCE #: EA-16-01316

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(619) You filed a grievance on September 14, 2016 grieving that you have not received your medical equipment/supplies.

You stated on your grievance that you were seen by the provider and you were ordered a hinged knee brace to assure that you healed properly. This visit took place on August 31, 2016. Records indicate that you did not received your supplies until October 21, 2016. On behalf of the medical team I would like to offer my regrets for this process being excessive long.

This grievance is found to be with merit, but resolved.

RECEIVED - DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION

NOV 03 2016

HEALTH & CORRECTIONAL PROGRAMS

Signature of Health Services Administrator/Mental Health Supervisor or Designee

Roderick D Davis — Title     10/24/2016 — Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I have been Denied the hinged brace and was give a standrad brace that they had from the start. Also the Brace they gave me is too Small. I have even gone back in 10-3 because the pain in leg. Not addressing the issue I having as a result of all this.

| Inmate Signature | ADC# | Date |
|---|---|---|
| [signature] | 162662 | 10-26-17 |

RECEIVED - DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
NOV 03 2016
HEALTH & CORRECTIONAL PROGRAMS

IGTT430
3GD

Attachment VI

**INMATE NAME:** Dunsworth, Brandon W.     **ADC #:** 162662     **GRIEVANCE#:** EA-16-01316

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On September 14, 2016, you grieved that ordered a knee brace, but you have not received it. You state on August 31, 2016, the provider ordered you a knee brace.

The medical department responded, "You stated on your grievance that you were seen by the provider and you were ordered a hinged knee brace to assure that you healed properly. This visit took place on August 31, 2016. Records indicate that you did not received your supplies until October 21, 2016. On behalf of the medical team I would like to offer my regrets for this process being excessive long. This grievance is found to be with merit, but resolved."

Your appeal states you were denied the hinged brace and you were given a standard brace that they had from the start.

A review of your electronic medical record indicates that on August 31, 2016, you were seen by Dr. Holder regarding follow-up of left knee pain. Dr. Holder noted for you to have a left knee brace and issued you a restriction for a hinged knee brace. On October 17, 2016, Mrs. Kimble noted a record review stating that you were unable to have a hinged knee brace due to the metal in the brace. Mrs. Kimble noted that Dr. Holder was notified and he gave orders for you to have a regular knee brace without metal. You were issued the knee brace on October 21, 2016.

The medical department found your grievance with merit due to the delay and you received your brace on October 21, 2016; therefore, this appeal is without merit.

_____     _12/13/16_
Director                                          Date

IGTT400  
3GR


Attachment II

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Dunsworth, Brandon W.              ADC #:  162662A  
FROM:  Howard, Lonetta S                        TITLE:  Administrative Specialist I  
DATE:  10/03/2016                               GRIEVANCE #:  EA-16-01316

Please be advised, I have received your Grievance dated 10/14/2016 on 10/03/2016 .  
You should receive communication regarding the Grievance by 10/31/2016

_____  
Signature of Administrative Specialist I

## CHECK ONE OF THE FOLLOWING

- ○ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ● This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☐ This Grievance has been determined to be an emergency situation, as you so indicated.
- ○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ○ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____   _____   _____  
Inmate Signature                                ADC #                          Date


BK 12/66

IGTT400  Attachment II
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Dunsworth, Brandon W.          ADC #:   162662A
FROM:  Howard, Lonetta S                    TITLE:   Administrative Specialist I
DATE:  10/03/2016                           GRIEVANCE #:  EA-16-01316

Please be advised, I have received your Grievance dated 10/14/2016 on 10/03/2016 .
You should receive communication regarding the Grievance by 10/31/2016

_____
Signature of Administrative Specialist I

## CHECK ONE OF THE FOLLOWING

☐ This Grievance will be addressed by the Warden/Center Supervisor or designee.

☒ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐ This Grievance has been determined to be an emergency situation, as you so indicated.

☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

☐ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

_____   _____   _____
Inmate Signature                    ADC #                      Date

RECEIVED - DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
NOV 03 2016
HEALTH & CORRECTIONAL PROGRAMS

IGTT405                                                                                                           Attachment V
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
# or REJECTION OF APPEAL

TO: Inmate  Dunsworth, Brandon W.    ADC #: 162662A
FROM: Griffin, Rory L                TITLE: Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  EA-16-01316  DATE: 11/03/2016

    Please be advised, the appeal of your grievance dated
                              10/14/2016
    was received in my office on this date  11/03/2016

**You will receive communication from this office regarding this Grievance by**  12/20/2016

- [x] The time allowed for appeal has expired
- [ ] The matter is non-grievable and does not involve retaliation:
  - [x] (a) Parole and/or Release matter
  - [x] (b) Transfer
  - [ ] (c) Job Assignment unrelated to medical restriction
  - [ ] (d) Disciplinary matter
  - [x] (e) Matter beyond the Department's control and/or matter of State/Federal law
  - [ ] (f) Involves an anticipated event
- [x] You did not send all the proper Attachments:
  - [x] (a) Unit Level Grievance Form (Attachment 1)
  - [x] (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - [ ] (c) Did not give reason for disagreement in space provided for appeal
  - [x] (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - [x] (e) Unsanitary form(s) or documents received
  - [x] (f) This Appeal was REJECTED because it was a duplicate of , or was frivolous or vexatious

12-66

ARKANSAS DEPARTMENT OF CORRECTION
**Medical Restrictions/Limitations/Special Authorization(s)   MSF-207**

| PART 1 - RESTRICTIONS: | **RESTRICT INMATE FROM:**<br>☐ Restrict from assignment requiring strenuous physical activity in excess of hours per day. Allow 10 minute break after each hour.<br>☐ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of hours per day. Allow 10 minute break after each hour.<br>☐ Restrict from assignment requiring lifting of heavy materials in excess of lbs; and/or overhead work in excess of hours per day. Allow 10 minute break after each hour. |
|---|---|
| PART 2 - LIMITATIONS: | **INMATE REQUIRES:**<br>* ☐ Bed Rest ___ days. Reason: ___<br>☑ No Duty  30 days. Reason: medical<br>☑ No Yard Call  30 days. Reason: medical<br>☑ No Sports  30 days. Reason: medical<br>☐ One Arm/Hand Duty  ___ days. |
| PART 3 - AUTHORIZATIONS: | **INMATE IS AUTHORIZED TO:**<br>☐ Report to the Infirmary for Special Treatments( )<br>    ☐ Soak:<br>    ☐ Exercise:<br>    ☐ Other:<br>☐ Bathe in the Infirmary<br>    ☐ Sitz Bath<br>    ☐ Cast<br>    ☐ Other:<br>☑ Have in Possession:<br>    ☐ Cane<br>    ☐ Crutches<br>    ☐ Brace: (describe briefly)<br>    ☐ Prescribed Footwear:<br>    ☑ Orthopedic Appliance: (describe briefly)  oder and issue hinged knee brace<br>    ☐ Other:<br>* ☐ Go to Dining/Pill Window/Shower Only |

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts: 08/31/2016  02:41:00 PM
This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:   09/30/2016  02:41:00 PM

Name: Dunsworth, Brandon W.
DOB: 11/16/1985
ADC#: 162662

Kenneth L Holder

8/31/16

Copy

Distribution: Original - Medical Jacket