IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BRANDON DUNSWORTH**   **PLAINTIFF**
**ADC #162662**

v.   CASE NO. 2:17-CV-00131 BSM

**KENNETH HOLDER, Medical Provider,**
**East Arkansas Regional Unit, ADC; et al.**   **DEFENDANTS**

## ORDER

The recommended partial disposition [Doc. No. 42] submitted by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful review of the record, the recommended partial disposition is adopted in its entirety. Accordingly, the defendants' motions for summary judgment [Doc. Nos. 9, 27] are granted, and plaintiff Brandon Dunsworth's motion for summary judgment [Doc. Nos. 18, 35] is denied. Dunsworth's claims against defendants Davis, Dycus, and Griffin are dismissed without prejudice for lack of exhaustion. His inadequate medical care claim against defendant Holder may proceed. It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of June 2018.

_____
UNITED STATES DISTRICT JUDGE