IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BRANDON DUNSWORTH,** **PLAINTIFF**
ADC #162662

v.          CASE NO. 2:17-CV-00131 BSM

**KENNETH HOLDER** **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 56] is adopted. Holder's motion for summary judgment [Doc. No. 48] is granted, and this case is dismissed with prejudice. Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 24th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE